

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00675-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant/Cross-Appellee

v.

**ABASTO PROPERTIES LLC**, et al.,
Appellees/Cross-Appellants

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-12685
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: August 30, 2023

CROSS-APPEAL DISMISSED

On October 24, 2022, Abasto Properties LLC, Agres Produce LP, Agroindustrias Panky LLC, B&B Farmers Inc., CA1966 INC, CNA Group Properties LLC, Degobo Rentals LLC, Diaz Torres Holdings LLC, El Bajio Y Tarimoro Produce LLC, El Norteno Produce Export LLC, Felu Investments Inc., Gran Estrella LLC, Green Cedar LLC, Grupo Hermanos Diez LLC, Inmex LLC, Inmobiliaria HV Del Pacifico LLC, Intervalle Investments LLC, Isidoro LLC, Luliaran USA LLC, M&M Fresh Produce LLC, Mabisa LLC, Moreno Y Asociados LLC, Onac Produce LLC, Panamcel Properties LLC, Picton LLC, Premium Fruts LLC, Ram Bens Produce Exports Corp,

RO-HO Sauces LLC, San Antonio and Sons LLC, Sanchez USA Investments LLC, Smartzone Investments LLC, Supreme Fields LLC, Torres-Balvanera LLC, UFM Growers Inc., Vima Ventures, USA INC., and GG PHI, LLC (collectively, the SAWPM), the Law Firm of Michel Gray Rogers LLP, and Lorri Michel (collectively, appellees/cross-appellants) filed a timely notice of cross-appeal. On August 21, 2023, appellees/cross-appellants filed a motion to dismiss their cross-appeal.

The motion to dismiss the cross-appeal contains a certificate indicating that appellees/cross-appellants conferred with appellant Bexar Appraisal District and that appellant does not oppose the motion. We therefore grant the motion and dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1); *see also id.* R. 42.1(b) ("A severable portion of the proceeding may be disposed of under [Rule 42.1](a) if it will not prejudice the remaining parties."). We retain appellant Bexar Appraisal District's appeal on this court's docket.

PER CURIAM